In re Peter Paul MITRANO, Debtor.

Peter Paul Mitrano, Debtor–Appellant,

v.

RJM Acquisitions LLC; ecast Settlement Corporation; pra Receivables Management, LLC; Fairfax County; Asset Acceptance LLC; American Express Centurion Bank; Denovus Corporation Ltd; Virginia Kelly, Creditors–Appellees,

and

Robert Ogden Tyler; W. Clarkson McDow, Jr., Trustees–Appellees.

No. 12–2044.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 15, 2012.

Decided: Oct. 18, 2012.

Peter Paul Mitrano, Appellant Pro Se. Nancy F. Loftus, County Attorney's Office, Fairfax, Virginia; Linda D. Regenhardt, Baileygary, PC, Vienna, Virginia; Derek K. Prosser, Tyler, Bartl, Ramsdell & Counts, PLC, Alexandria, Virginia, for Appellees.

Before MOTZ, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peter Paul Mitrano appeals the district court's order affirming the bankruptcy court's order dismissing without prejudice his objections to proofs of claim filed by numerous creditors in his bankruptcy case. The district court also rejected Mitrano's challenge to the transfer of venue from the Southern District of West Virginia to the Eastern District of Virginia, and warned Mitrano that further frivolous appeals to that court, including reargument of his challenge to the venue transfer order, will be subject to sanctions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mitrano v. RJM Acquisitions LLC*, No. 1:12–cv–00122–LMB–IDD (E.D.Va. July 24, 2012). We decline to address Mitrano's challenge to the validity of his conviction entered in the District Court for the District of New Hampshire. We deny Mitrano's motions to expedite and for a stay pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*